IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 114-025 |
| | ) | |
| MICHAEL ANTHONY BROWN | ) | |

# ORDER

After a careful, *de novo* review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 42.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DENIES** Defendant's motion to suppress. (Doc. no. 22.)

SO ORDERED this 3rd day of July, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE