FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 SEP -4 PM 2:52

CLERK _____
SO. DIST. OF GA.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

IN RE:                                               )        Case Nos.: CR114-025, M. A. Brown
                                                     )
LEAVE OF ABSENCE REQUEST                             )
PATRICIA G. RHODES                                   )
September 24, 2014                                    )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of

America in the above-cited cases on behalf of Assistant United States Attorney Patricia G.

Rhodes for September 24, 2014, to Instruct In-Service Training for Richmond County Sheriff's

Office, the same is hereby GRANTED.

This _____ day of _____, 2014.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA