IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 114-025 |
| | ) | |
| MICHAEL ANTHONY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Presently before the Court is defense counsel Andrew Holliday's request for leave of court from November 21-30, 2014. Having considered the matter, this motion is **GRANTED**.

SO ORDERED this 27th day of October, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE