FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 NOV 17 PM 2:42

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: )
)
LEAVE OF ABSENCE REQUEST ) Case Nos.: CR114-025, M. A. Brown
PATRICIA G. RHODES ) CR114-098, A. L. Butler
November 24 through 28, 2014 )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for November 24 through November 28, 2014, for family vacation, the same is hereby GRANTED.

This 17th day of November, 2014.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

1